[No. 33575-5-III.   Division Three.   October 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES D. COLE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 14-1-00367-7, Alicia H. Nakata, J., entered June 24, 2015. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 33861-4-III.   Division Three.   October 18, 2016.]

*In the Matter of the Receivership Proceeding of* WASHINGTON MOTORSPORTS LIMITED PARTNERSHIP.

WASHINGTON MOTORSPORTS LIMITED PARTNERSHIP, *Respondent*, v. SUSAN ROSS, *as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-06856-4, Annette S. Plese, J., entered September 11, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33262-4-III.   Division Three.   October 20, 2016.]

THE CITY OF SUNNYSIDE, *Appellant*, v. ANDREAS GONZALEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 14-2-02761-2, Blaine G. Gibson, J., entered April 3, 2015. *Reversed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.